**Ervin Mohr, Administrator of the Estate of Fred Gross, Deceased, Plaintiff-Appellant, v. Arthur R. Parlee, d/b/a Licondo Hotel, Defendant-Appellee.**

**Gen. No. 11,692.**

Second District, First Division.
June 14, 1963.

Manus & Manus, of Freeport (Albert H. Manus, Jr., of counsel), for appellant; Bert P. Snow, of Freeport, for appellee. Opinion by JUDGE SMITH. **Not to be published in full.**